# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 27, 2005

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

129166 & (94)

PACIFIC INSURANCE COMPANY,
      Plaintiff,

v

CORDOVA CHEMICAL COMPANY
OF MICHIGAN, AEROJET GENERAL
CORPORATION,
      Defendants
      Cross-Plaintiffs-Appellants
and

CRANFORD INSURANCE COMPANY,
      Defendant
      Cross-Defendant-Appellee.

_____

SC: 129166
CoA: 248778
Muskegon CC: 87-23270-CK

      On order of the Chief Justice, a stipulation signed by the attorneys for the parties agreeing to the dismissal of the application for leave to appeal and the application for leave to appeal as cross-appellant is considered and IT IS HEREBY ORDERED that the applications for leave to appeal are DISMISSED with prejudice and without costs.

      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 27, 2005

_____
Clerk